80R 2019 63

| **Attestation** | CERTIFICATE | *Zustellungszeugnis* | Attestazione |
|---|---|---|---|

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. **que la demande a été exécutée[1])**     THAT THE DOCUMENT HAS BEEN SERVED[1])
   *dass das Ersuchen erledigt worden ist[1])*     che la domanda è stata eseguita[1])

   - **le (date)** THE (DATE) - *am (Datum)* - il (data)     **03.10.2019**
   - **à (localité, rue, numéro)** - AT (PLACE, STREET, NUMBER)     **rue des Pilettes 1**
   - *in (Ort, Strasse, Nummer)* - a (località, via, numero)     **1700 Fribourg**

   - **dans une des formes suivantes prévues à l'article 5:**     - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*     - in una delle seguenti forme previste dall'articolo 5:

   **a)**   **- selon les formes légales (article 5, alinéa premier, lettre a)[1]).**
       - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1]).
       *- in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1]).*
       - secondo le forme di legge (art. 5 comma 1 lett. a)[1]).

   **b)**   **- selon la forme particulière suivante[1]):** ...................................................................
       - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]): ..................................................
       *- in der folgenden besonderen Form[1]):* ...................................................................
       - secondo la forma particolare seguente[1]): ...................................................................

   **c)**   **- par remise simple[1]).**     - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1])
       *- durch einfache Übergabe[1]).*     - mediante semplice consegna[1]).

**Les documents mentionnés dans la demande ont été remis à:**
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- **(Identité et qualité de la personne):**   (IDENTITY AND DESCRIPTION OF PERSON):   **KAMCA Trading SA (KAMCA Trading Ltd)**
- *(Name und Stellung der Person):*   - (identità e qualità della persona):

- **liens de parenté, de subordination ou autres, avec le destinataire de l'acte:**
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER): ...................................................................
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:* ...................................................................
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto: ...................................................................

2. **que la demande n'a pas été exécutée, en raison des faits suivants[1]):** ...................................................................
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]):
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]):*
   che la domanda non è stata eseguita, per i seguenti motivi[1]): ...................................................................

**Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1]).**
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1]).
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1]).*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1]).

**Annexes:** ANNEXES: *Beilagen:* Allegati:     **Récépissé de la poste**

**Pièces renvoyées:** DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*   Atti restituiti: ...................................................................

**Le cas échéant, les documents justificatifs de l'exécution:**     IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*     Se del caso, gli atti che ne comprovano l'esecuzione:
**Accusé de réception original**
...................................................................

| **Fait à / le**    DONE AT / THE | **Signature et/ou cachet** |
|---|---|
| *Ausgefertigt in / am*   *Fatto a / il* | SIGNATURE AND/OR STAMP |
| | *Unterschrift und/oder Stempel* |
| **CH-Fribourg, 7 octobre 2019** | Firma e/o timbro |

1) ...



Poste CH SA, Wankdorfallee 4, 3030 Berne

Tribunal cantonal
Rue des Augustins 3
1701 Fribourg/Freiburg

# Suivi des envois Business

## Informations sur l'envoi

N° de l'envoi:                98.03.025277.00010341
Prestation de base:          Acte judiciaire
Prestations                  -
Indication:                  11927414370339460 VMO / 80R 2019 63 /  HFW Attorneys at Law <>  KAMCA Trading
                             SA (KAMCA Trading Ltd)

Adresse du destinataire:     KAMCA Trading SA (KAMCA Trading Ltd)
                             rue des Pilettes 1
                             1700 Fribourg

## Accusé de réception

J'ai reçu les envois et les contenus mentionnés sur ceux-ci (voir ci-dessus, sous "indication"):

1re signature

J'ai reçu les envois et les contenus indiqués

Date/heure de l'enregistrement:
03.10.2019, 09:10:51
Destinataire:
Korosy Rose-marie
Relation:
Bénéficiaire d'une procuration

## Evénements liés à l'envoi

| Date | Heur | Evénement | Traité par |
|---|---|---|---|
| mar. 01.10.2019 | 16:08 | Envoi annoncé par l'expéditeur (données livrées) | n/a |
| mar. 01.10.2019 | 17:00 | Moment du dépôt de l'envoi | 1300 Eclépens CC Dépôt |
| mar. 01.10.2019 | 21:06 | L'envoi a été trié en vue de son acheminement | 1300 Eclépens Centre Courrier |
| mer. 02.10.2019 | 01:35 | L'envoi a été trié en vue de sa distribution | 1300 Eclépens Centre Courrier |
| mer. 02.10.2019 | 06:41 | Arrivée à l'office de retrait / à l'office de distribution | 1700 Fribourg 1 Distribution |
| mer. 02.10.2019 | 06:56 | Demande de réexpédition déclenchée | 1700 Fribourg 1 Distribution |
| jeu. 03.10.2019 | 01:29 | L'envoi a été trié en vue de sa distribution | 1300 Eclépens Centre Courrier |
| jeu. 03.10.2019 | 06:58 | Arrivée à l'office de retrait / à l'office de distribution | 1630 Bulle 1 Distribution |
| jeu. 03.10.2019 | 09:10 | Distribué par | 1630 Bulle 1 Distribution |

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth
paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Attorney representing Plaintiff:<br>Christopher R. Hart<br>Holman Fenwick Willan USA LLP<br>5151 San Felipe, Suite 400<br>Houston, Texas 77056 USA<br>Telephone: (713) 706-1958<br>Facsimile: (713) 953-9470<br>E-mail: chris.hart@hfw.com<br><br>*SCEAU POSTAL DU FedEx*<br>*Reçu au Greffe TC le  11:45*<br>*1 OCT. 2019*<br>*Le Greffier   CYC* |
| **Particulars of the parties*:**<br>Identité des parties* : | The Plaintiff is ADMIntermare, a division of ADM International, SARL:<br>A One Business Center<br>La Piece 3<br>CH-1180 Rolle, Switzerland |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Summons and First Amended Complaint, asserting lawsuit |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Lawsuit seeking damages from Kamca Trading SA |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Twenty-one (21) days after date the Summons and Complaint are served to Defendant; in the United States District Court for the Southern District of Texas, Houston Division |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | Not applicable |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | Judgment has not been entered. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Answer to First Amended Complaint is due within twenty-one (21) days after service of the Summons and Complaint upon the Defendant. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | 11. Describe the nature and purpose of the document |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 12. Specify limits |

\*\* if appropriate / s'il y a lieu

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
KAMCA TRADING SA
Rue des Pilettes 1
Fribourg
1700
Switzerland)

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

State Bar of Texas
Texas Law Center
1414 Colorado Street
Austin, Texas 78701
Tele: +1 512-427-1463
+1 800-204-2222 (ext. 1855)
Email: probono@texasbar.com
www.texasbar.com (tab for Access to Justice)
www.TexasLawHelp.org

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

| | |
|---|---|
| ADMINTERMARE, A DIVISION OF ADM INTERNATIONAL, SARL<br><br>*Plaintiff(s)*<br>v.<br><br>KAMCA TRADING SA; AND GLENCORE LTD.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  4:19-cv-2238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAMCA TRADING SA
Rue des Pilettes 1
Fribourg
1700
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Gerard J. Kimmitt, II
Christopher R. Hart
Holman Fenwick Willan USA LLP
5151 San Felipe, Suite 400
Houston, Texas 77056
USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

Date: September 25, 2019



s/ R. Castro
*Signature of Clerk or Deputy Clerk*